IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris Jr, Orga

Printed: 10/9/07

Case Number: 04 B 23524
Judge: Squires, John H
Filed: 6/22/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 11, 2007
Confirmed: September 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,200.11 |  |
| Secured: |  | 15,159.23 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,094.00 |
| Trustee Fee: |  | 946.88 |
| Other Funds: |  | 0.00 |
| Totals: | 18,200.11 | 18,200.11 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,094.00 | 2,094.00 |
| 2. | Select Portfolio Servicing | Secured | 13,382.64 | 3,041.49 |
| 3. | Centrix Financial A/K/A FlatIron Fin | Secured | 16,813.32 | 9,794.49 |
| 4. | Cook County Treasurer | Secured | 1,200.00 | 256.39 |
| 5. | City Of Chicago | Secured | 600.00 | 363.84 |
| 6. | Cook County Treasurer | Secured | 3,619.84 | 777.70 |
| 7. | City Of Chicago | Secured | 1,526.72 | 925.32 |
| 8. | Trinity Hospital | Unsecured | 1,044.72 | 0.00 |
| 9. | Cook County Treasurer | Unsecured | 1,361.93 | 0.00 |
| 10. | City Of Chicago | Unsecured | 173.75 | 0.00 |
| 11. | B-First | Unsecured | 1,033.26 | 0.00 |
|  |  |  | _____ | _____ |
|  |  |  | $ 42,850.18 | $ 17,253.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 336.70 |
| 4% | 89.30 |
| 3% | 70.43 |
| 5.5% | 349.08 |
| 5% | 52.90 |
| 4.8% | 44.27 |
| 5.4% | 4.20 |
|  | _____ |
|  | $ 946.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Harris Jr, Orga | Case Number: 04 B 23524 |
| | Judge: Squires, John H |
| Printed: 10/9/07 | Filed: 6/22/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)